# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**ZACHERY ARRANT ET AL**  **CASE NO. 2:22-CV-01976**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**ATLANTIC SPECIALTY INSURANCE CO ET AL**  **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Atlantic Specialty Insurance Company's Motion for Summary Judgment (Doc. 27) is **GRANTED,** dismissing with prejudice Plaintiffs' claims for AME benefits and Survivor benefits.

**THUS DONE AND SIGNED** in Chambers on this 21st day of February, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**