UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ZACHERY ARRANT, TAYLOR ARRANT, GRACE ARRANT, AND JACKSON ARRANT** | * * * | **CIVIL ACTION NO. 2: 22-cv-01976** |
| **v.** | * * | **DISTRICT JUDGE: JAMES D. CAIN, JR.** |
| **ATLANTIC SPECIALTY INSURANCE COMPANY, INTACT INSURANCE SPECIALTY SOLUTIONS, INTACT INSURANCE GROUP USA, LLC, AND ONE BEACON INSURANCE GROUP** | * * * * * | **MAGISTRATE JUDGE: DAVID J. AYO** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED** that all claims asserted by the plaintiffs, Zachery Arrant, Taylor Arrant, Grace Arrant, and Jackson Arrant, against the defendants, Atlantic Specialty Insurance Company, Intact Insurance Specialty Solutions, Intact Insurance Group USA, LLC, and One Beacon Insurance Group, are fully dismissed, with prejudice, and with each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 12th day of April, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE